No. 79–1237.  PHILLIPS *v.* TEXAS.  Appeal from Ct. Crim. App. Tex. dismissed under this Court's Rule 60.

MAY 27, 1980

No. 79–1340.  HODGES TRANSFER CO., INC., ET AL. *v.* ALABAMA PUBLIC SERVICE COMMISSION ET AL.  Appeal from Sup. Ct. Ala. dismissed for want of substantial federal question.

No. 79–1606.  CARTER *v.* KANSAS CITY, MISSOURI.  Appeal from Ct. App. Mo., Western District, dismissed for want of substantial federal question.

No. 79–1549.  GEECK ET AL. *v.* CITY OF NEW ORLEANS ET AL. Appeal from Sup. Ct. La. dismissed for want of substantial federal question.  MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.